


**UNITED STATES DISTRICT COURT**

Western District of Texas

U.S. Pretrial Services Office

September 28, 2021

**Carlos J. Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief

**Ivonne Castanon**
Assistant Deputy Chief

**Austin Supervisor**

**Amanda Ceballos**

**Reply to:**
501 West 5th Street, Suite 3200
Austin, Texas 78701
512-916-5297

**United States Magistrate Judge**
**Susan Hightower, Jr. U.S. Courthouse**
**501 West 5th Street**
**Austin, Texas 78701**

**RE: Joshua Bailey**
**CASE NO.: 1:21CR00048-022**
**BOND VIOLATION – NO ACTION REQUESTED**

Honorable Magistrate Judge:

On April 19, 2021, Joshua Bailey was released by Your Honor on pretrial supervision with conditions of release. The defendant is pending disposition for violation of Title 21 U.S.C. § 846 & 841(b)(1)(B) for Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance Methamphetamine.

On August 11, 2021, the defendant submitted a urine specimen which revealed positive results for amphetamines. On August 26, 2021, Pretrial Services was notified of the positive test results. Subsequent contact with the defendant resulted in his admission to unknowingly consuming a caffeine pill, which may have contained amphetamine. On August 27, 2021, the defendant submitted a urine specimen which revealed positive results for amphetamine. On September 13, 2021, Pretrial Services was notified of the positive test results. Pretrial Services proceeded to contact the defendant, where he admitted to consuming, speed pills and Adderall, which were non-prescribed to him. The defendant has been admonished and advised that any further illicit drug use may result in revocation his pretrial release

As a corrective and controlling measure, Pretrial Services recommends the defendant be admonished, participate and successfully complete outpatient substance abuse treatment, and be subject to an increase in random drug testing. Assistant United States Attorney Dan Guess has been informed of the violation and concurs with the recommendation of Pretrial Services.

This information is being provided to the Court as information only and no action is being requested at this time.

If any further information should be required, please contact this officer at (512) 450-8576.

Respectfully,

Evan Cisneros
Senior U.S. Pretrial Services Officer

Amanda Ceballos
Supervising U.S. Pretrial Services Officer

cc: U.S. Attorney Defense Counsel

The Court does concur ✓ The Court does not concur ____________

______________________
U.S. Magistrate Judge, Susan Hightower

September 29, 2021
Date