

UNITED STATES DISTRICT COURT

Western District of Texas

U.S. Pretrial Services Office

January 10, 2022

**Carlos J. Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief

**Ivonne Castanon**
Assistant Deputy Chief

<u>Austin Supervisor</u>

Amanda Ceballos

Reply to:
501 West 5th Street, Suite 3200
Austin, Texas 78701
512-916-5297

**United States Magistrate Judge**
**Susan Hightower, Jr. U.S. Courthouse**
**501 West 5th Street**
**Austin, Texas 78701**

**RE:     Joshua Bailey**
**CASE NO.: 1:21CR00048-022**
**BOND VIOLATION – NO ACTION REQUESTED**

Honorable Magistrate Judge:

On April 19, 2021, Joshua Bailey was released by Your Honor on pretrial supervision with conditions of release. The defendant is pending disposition for violation of Title 21 U.S.C. § 846 & 841(b)(1)(B) for Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance Methamphetamine.

On August 11, 2021, the defendant submitted a urine specimen which revealed positive results for amphetamines. On August 26, 2021, Pretrial Services was notified of the positive test results. Subsequent contact with the defendant resulted in his admission to unknowingly consuming a caffeine pill, which may have contained amphetamine. On August 27, 2021, the defendant submitted a urine specimen which revealed positive results for amphetamine. On September 13, 2021, Pretrial Services was notified of the positive test results. Pretrial Services proceeded to contact the defendant, where he admitted to consuming, speed pills and Adderall, which were non-prescribed to him. As a result, the Court agreed with Pretrial's recommendation that the defendant must successfully complete outpatient substance abuse treatment and random drug testing be increased. The defendant was then referred to outpatient treatment services and random drug testing was increased.

Thereafter, on November 3, 2021, the defendant submitted a urine specimen which revealed positive results for amphetamines. On November 12, 2021, Pretrial Services was notified of the positive test results. Subsequent contact with the defendant resulted in his admission to ingesting non-prescribed

Adderall on October 30, 2021. He admitted consuming two, non-prescribed Adderall pills and explained he needed them to stay awake for work. The defendant apologized and accepted responsibility for his actions. The defendant was admonished and was instructed to refrain from taking prescription medication not prescribed to him. He was further advised that any further illicit drug use may result in revocation of his pretrial release. Subsequent drug tests have returned negative results.

On January 4, 2022, Pretrial Services received confirmation of the which returned positive results for methamphetamine, contradicting the defendant's claims he ingested non-prescribed Adderall.

As a corrective and controlling measure, Pretrial Services recommends the defendant be admonished and he attend increased individual group sessions from two to three times per month and submit to increased drug testing from three to four specimens per month. Additionally, he will be required to attend all sessions as scheduled and successfully complete outpatient substance abuse treatment. Should the defendant fail to adhere to these requirements, the Court will be advised for further action.

Assistant United States Attorney Dan Guess has been informed of the violation and concurs with the recommendation of Pretrial Services.

This information is being provided to the Court as information only and no action is being requested at this time.

If any further information should be required, please contact this officer at (512) 450-8576

Respectfully,

Daniel Palomares  
U.S. Pretrial Services Officer

Amanda Ceballos  
Supervising U.S. Pretrial Services Officer

cc:   U.S. Attorney    Defense Counsel

The Court does concur ____✓____     The Court does not concur _____

U.S. Magistrate Judge, Susan Hightower

January 12, 2022  
Date