UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:21-CR-00048(22)-RP |
| | § | |
| (22) Joshua Bailey | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On November 19, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant Joshua Bailey, which alleged that Bailey violated a condition of his supervised release and recommended that Bailey's supervised release be revoked (Clerk's Document No. 1517). A warrant issued and Bailey was arrested. On December 12, 2025, Bailey appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Bailey appeared before the magistrate judge on December 18, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on December 18, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Bailey, the magistrate judge recommends that this court continue Bailey supervised release.

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 1533) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant Joshua Bailey's term of supervised release is hereby CONTINUED. However, the defendant shall remain in the custody of the United States Marshal Service until January 5, 2026; at which time he is to be brought to the courthouse to be released to the U.S. Probation Officer.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 22nd day of December, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE